NO. SCWC-29679

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Petitioner/Plaintiff-Appellee,

vs.

TYLER CONDON, aka Alex, Respondent/Defendant-Appellant.

_____

_____CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 07-1-1275)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Plaintiff-Appellee State of Hawaii's

application for writ of certiorari filed on October 13, 2010, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 24, 2010.

FOR THE COURT:

*Mark E. Recktenwald*

Chief Justice

Keith M. Kaneshiro,
Prosecuting Attorney,
James M. Anderson,
Deputy Prosecuting Attorney,
for petitioner/plaintiff-
appellee, on the application.

_____

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Nishimura, assigned by reason of vacancy.